VIATICAL ADMINISTRATORS, INC., A Colorado Corporation, Plaintiff–Counter–Defendant–Appellant,

v.

BLUE PAPER, INC., A Florida Corporation, et al., Defendants–Cross–Defendants,

BankUnited, FSB, a Federal Savings Bank, Defendant–Counter–Claimant–Appellee,

900 Hillsboro Mile, Inc., A Florida not-for-profit corporation, et al., Defendants.

No. 08–11333.

United States Court of Appeals, Eleventh Circuit.

Dec. 12, 2008.

John A. Hutchings, Dill, Dill, Carr & Stonbraker, P.C., Denver, CO, Eric C.

on the delay in disbursement of settlement proceeds is without merit.

Christu, Elk, Christu & Bakst LLP, West Palm Beach, FL, for Plaintiff–Counter–Defendant–Appellant.

Daniel A. Miller, Broad & Cassel, West Palm Beach, FL, Richard L. Lapidus, Miami, FL, for Defendant–Counter–Claimant–Appellee.

Before DUBINA, BLACK and FAY, Circuit Judges.

PER CURIAM:

Because we conclude from the record that the district court correctly determined that BankUnited's mortgage has priority over Viatical Administrators, Inc.'s equitable liens, we affirm the district court's judgment.

**AFFIRMED.**